FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Lisa Jane Wilson,<br><br>    Defendant. | Case No.: ED 10-172-M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Arizona for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

unstable residence, insufficient sureties, mental health and/or substance abuse history

1

Case 5:10-mj-00172-DUTY   Document 5   Filed 07/13/10   Page 2 of 2   Page ID #:13

| | | |
|---|---|---|
|1| |and/ or|
|2|B. ( )|The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:|

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/13/10

HONORABLE OSWALD PARADA
United States Magistrate Judge

2